Submitted on record and briefs March 27, affirmed April 2, 1973

STATE OF OREGON, *Respondent, v.* PHILLIP
SIDNEY ECK (No. 7685), *Appellant.*

507 P2d 1157

Gary D. Babcock, Public Defender, Salem, for appellant.

Robert E. Brasch, District Attorney, and Richard L. Barron, Assistant District Attorney, Coquille, for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.